IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RICKY MARTIN, Natural Father and
Wrongful Death Beneficiary                                          PLAINTIFF

v.                                                  CIVIL ACTION NO. 1:16-cv-00187-GHD-DAS

CANYON BOYKIN, JOHNNY BRANCH,
YOLANDA YOUNG, and GARRETT MITTAN,
Individually and in Their Official Capacities as
Officers of the Columbus Police Department;
TONY CARLETON, Individually and in His
Official Capacity as the Chief of Police of the
Columbus Police Department; and
CITY OF COLUMBUS, MISSISSIPPI                                       DEFENDANTS

## ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS

Pursuant to an opinion issued this day, the Court ORDERS as follows:

(1) the motion to dismiss [13] filed by Defendants City of Columbus and Tony Carleton which the other Defendants have joined [18 & 34] is GRANTED;

(2) the motion to dismiss [22] filed by Defendant Canyon Boykin which the other Defendants have joined [35, 38, & 45] is GRANTED;

(3) all claims are DISMISSED; and

(4) this case is CLOSED.

SO ORDERED, this, the 15th day of September, 2017.

_____
SENIOR U.S. DISTRICT JUDGE